Matter of Giacona (2023 NY Slip Op 00797)

Matter of Giacona

2023 NY Slip Op 00797

Decided on February 10, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 10, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J. (Filed Feb. 6, 2023.)

&em;

[*1]MATTER OF DOMINIC. GIACONA, A SUSPENDED ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, PETITIONER.

MEMORANDUM AND ORDER
Order entered staying interim suspension that was imposed by order entered January 18, 2023.